Lauren C. Regan, OSB #970878
Justice Law Group
lregan@justicelaworegon.com
259 E. 5th Ave, Suite 300A
Eugene, OR 97401
Telephone: (541) 687-9180
Fax: (541) 686-2137
Attorney for Plaintiff Justin Michael Wilkens

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JUSTIN MICHAEL WILKENS**, <br><br>        Plaintiff, <br><br> v. <br><br> **ROBERT WAYNE EDWARDS**, in his individual capacity; **THE STATE OF OREGON,** <br><br>        Defendants. | Case No.  6:14-cv-00907-MC <br><br> **DECLARATION OF COUNSEL LAUREN REGAN** |

The undersigned, Lauren C. Regan, states as follows:

1. I am the attorney for Plaintiff Justin Wilkens in the above captioned case, and I make this declaration in support of Plaintiff's Summary Judgment Response. I have personal knowledge of the following and in competent to testify to the same.

2. The following is a list of true and correct copies of Exhibits filed in support of Plaintiffs response.

    Pl. Ex. 1: Photos of defendant's police vehicle lights, plaintiff's motorcycle.

    Pl. Ex. 2: OSP Kenyon interview.  **REDACTED; FILED UNDER SEAL PER SPO**

Page 1— **DECLARATION OF COUNSEL--SUMMARY JUDGMENT RESPONSE**.

Pl. Ex. 3:  Oregon State Police Defensive Tactics Instructor's Manual, B-111, B-114 (kicks are at the fifth level of the OSP's seven level force continuum; B-67-68 impact weapons must only be used when a suspect is engaged in active resistance).  **REDACTED; FILED UNDER SEAL PER SPO**

Pl. Ex. 4:  OSP's Use of Force Continuum B-123 **REDACTED; FILED UNDER SEAL PER SPO**

Pl. Ex. 5: Oregon State Police Defensive Tactics Instructor's Manual, B: 860 pp. 35-36 (proper protocol for getting a person to their feet after engaged in high risk handcuffing).  **REDACTED; FILED UNDER SEAL PER SPO**

Pl. Ex. 6: Relevant excerpts of plaintiff Justin Wilkens deposition taken on April 15, 2015.

Pl. Ex. 7: Relevant excerpts of defendant Robert Edwards deposition taken on April 29, 2015.

Pl. Ex. 8: Relevant excerpts of OSP David Peterson deposition taken on May 5, 2015.

Pl. Ex. 9: Relevant excerpts of OSP Scott Hite deposition taken on May 5, 2015.

Pl. Ex. 10: Relevant documentation regarding Mapleton bank robbery

Pl. Ex. 11: Lane County Sheriffs Office CAD and Incident Report

Pl. Ex. 12: OSP Notice of Reprimand.  **REDACTED; FILED UNDER SEAL PER SPO**

Pl. Ex. 13: OSP use of force report: failure to activate siren.  **REDACTED; FILED UNDER SEAL PER SPO**

Pl. Ex. 14: Sacred Heart  emergency room medical records

Pl. Ex. 15: Dr. Boespflug medical record

I declare under penalty of perjury that the foregoing is true and correct.

DATED August 23, 2015.


                __/s/ Lauren C. Regan_____
               Lauren C. Regan, OSB #970878
               Attorney for Justin Michael Wilkens

Page 3— **DECLARATION OF COUNSEL--SUMMARY JUDGMENT RESPONSE**.