Lauren C. Regan (OSB#970878)
Justice Law Group
783 Grant Street, Suite 200
Eugene, Oregon 97402
Ph: 541.687.9180
Fax: 541.686.2137
Email: lregan@justicelaworegon.com
**LEAD ATTORNEY**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
# EUGENE DIVISION

| | |
|---|---|
| **JUSTIN MICHAEL WILKENS**, <br> Plaintiff, <br> v. <br> **ROBERT EDWARDS**, in his individual capacity; **THE STATE OF OREGON**; <br> Defendants. | Case No.: **6:14-cv-00907--MC** <br><br> **PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST** |

**I.**

Plaintiff submits this list of exhibits he will likely introduce at trial (not including impeachment exhibits or additional exhibits that become necessary during the trial). Plaintiff also reserves the right to offer additional exhibits from Defendants Exhibit List.

PAGE 1 - PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST

1. In car video of incident
2. Screen shots and stills of video of incident
3. Emergency department medical records
4. Dr. Sheerin surgical records
5. Dr. Boespflug relevant medical records
6. ER X-rays
7. Post-surgery x-rays
8. Relevant medical bills; **8A, Slocum Orthopedics hardware removal estimate**
9. EMS report
10. photograph of Wilkens bruising near shoulder
11. photographs of motorcycle, gear, injury
12. photograph of Camaro police vehicle, scene
13. Calls for Service information log
14. Deputy Ware report (including citations)
15. Major Mike Bloom Notebook
16. Camaro relevant automotive records
17. Towing and Impound bills
18. Wheel Works cost estimates
19. OSP policy rules of conduct
20. OSP policy Use of force
21. OSP use of force continuum
22. OSP defensive tactics manual, relevant portions
23. OSP defensive tactic policy

24. OSP policy violator pursuit

25. OSP policy violator contact

26. WITHDRAWN

27. OSP policy high risk stop

28. OSP high risk handcuffing

29. OSP policy unmarked police vehicles

30. WITHDRAWN

31. WITHDRAWN

32. Helmet replacement estimate

33. **OSP policy tactical vehicle intervention**

34. **Edwards letter of reprimand**


Respectfully submitted January 4, 2016.


    /s/ Lauren C. Regan_____
Lauren C. Regan (OSB # 970878)
Attorney for Plaintiff
783 Grant Street, Suite 200
Eugene, OR 97402
(541) 687-9180


PAGE 3 — PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST

## CERTIFICATE OF SERVICE

I certify that on January 4, 2016, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST** on the party or parties listed below as follows:

|   |   |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| __X__ | Via Email |
| _____ | Via Personal Delivery |

Heather J. Van Meter
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Attorney for Defendants Robert Edwards and the State of Oregon

JUSTICE LAW GROUP

By: __/s/ Lauren C. Regan__
Lauren C. Regan, OSB # 970878
Justice Law Group
*Of Attorneys for Plaintiff*
783 Grant Street, Suite 200
Eugene, OR 97402
Tel: (541) 687-9180
Fax: (541) 686-2137
E: lregan@justicelaworegon.com

PAGE 4 — PLAINTIFF'S AMENDED PROPOSED EXHIBIT LIST