IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUSTIN MICHAEL WILKENS,

    Plaintiff,

v.

ROBERT WAYNE EDWARDS,
    Defendant.

Case No.  6:14-cv-00907-MC

VERDICT FORM

We the jury, all of us unanimously concurring, being first duly impaneled and sworn, do hereby render our verdict as follows:

1.    Did Plaintiff Justin Wilkens prove by a preponderance of the evidence that Defendant Robert Edwards violated his Fourth Amendment Constitutional rights by using excessive force by any of the following?:

    a. Striking Plaintiff's motorcycle with his vehicle?

        Yes \_\_\_\_    No __X__

    b. Pointing his firearm at Plaintiff's head?

        Yes \_\_\_\_    No __X__

    c. Kicking Plaintiff?

        Yes __X__    No \_\_\_\_

    d. The manner in which he handcuffed and raised Plaintiff to his feet?

        Yes \_\_\_\_    No __X__

If you answered yes to any of the previous questions, proceed to question 2. If you answered no to all of the previous questions, proceed to question 4.

1

2. What damages, if any, were sustained by Plaintiff Justin Wilkens as a result of Defendant Robert Edwards's use of excessive force?

    Economic: $ 19,749.05

    Noneconomic: $ 100,000

Proceed to question 3.

3. Has Plaintiff Justin Wilkens proven by a preponderance of the evidence that punitive damages should be assessed against Defendant Robert Edwards on the excessive force claim?

    Yes  X

    No  ____

    Amount: $ 50,000

Proceed to question 4.

4. Was Defendant Robert Edwards negligent in causing his vehicle to strike Plaintiff Justin Wilkens's motorcycle?

    Yes  X

    No  ____

If your answer to this question is "yes," proceed to question 5. If your answer is "no," you have completed this verdict form, please have your presiding juror sign and date this verdict form below.

5.  What are Plaintiff Justin Wilkens's economic damages for the negligence of Defendant Robert Edwards?

   Amount:   $ 11,420.57

6.  Was Plaintiff Justin Wilkens negligent in causing the collision with Defendant Robert Edwards's vehicle?

   Yes _____
   No __X__

   If your answer to this question is "no," please have your presiding juror sign and date this verdict form. If your answer to this question is yes, proceed to question 7.

7.  What percentage of Plaintiff's damage was caused by plaintiff's own negligence?

   _____ %

   (Do not reduce any damages award by this percentage, the court will do so)

   The foreperson should now sign and date this Verdict Form and advise the courtroom deputy that a verdict has been reached.

DATED this 14th day of January, 2016.

                                        REDACTED
                                        _____
                                        JURY FOREPERSON

3