UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JUSTIN MICHAEL WILKENS,

        Plaintiff,

v.                                         Case No. 6:14-CV-00907- MC

ROBERT WAYNE EDWARDS,

        Defendant.

## JURY NOTE

1/14/16

We have a Verdict