IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUSTIN MICHAEL WILKENS,

    Plaintiff,

v.

ROBERT WAYNE EDWARDS, in his individual capacity, THE STATE OF OREGON,

    Defendants.

No. 6:14-cv-00907-MC

JUDGMENT

_____

MCSHANE, Judge:

    Based on the jury's verdict, judgment in the amount of $19,749.05 in economic damages, $100,000.00 in noneconomic damages, and $50,000.00 in punitive damages in favor of Justin Wilkens against Robert Edwards, arising from Justin Wilkens's excessive force claim. Judgment in the amount of $11,420.57 in economic damages in favor of Justin Wilkens against the State of Oregon, arising from Justin Wilkens's negligence claim.

    IT IS SO ORDERED.

    DATED this _19th day of January, 2016.

    s/ Michael J. McShane
    _____
    Michael J. McShane
    United States District Judge

1 – JUDGMENT