IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JUSTIN MICHAEL WILKENS,

    Plaintiff,

v.

ROBERT WAYNE EDWARDS, in his individual capacity, THE STATE OF OREGON,

    Defendants.

No. 6:14-cv-00907-MC

JUDGMENT

MCSHANE, Judge:

Based on the jury's verdict, judgment in the amount of $19,749.05 in economic damages, $100,000.00 in noneconomic damages, and $50,000.00 in punitive damages in favor of Justin Wilkens against Robert Edwards, arising from Justin Wilkens's excessive force claim. Judgment in the amount of $11,420.57 in economic damages in favor of Justin Wilkens against the State of Oregon, arising from Justin Wilkens's negligence claim.

IT IS SO ORDERED.

DATED this _19th day of January, 2016.

                                        s/ Michael J. McShane
                                        Michael J. McShane
                                        United States District Judge